MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARY JANE GREGG,<br><br>    Plaintiff,<br><br>vs.<br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01106-JDP<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment / Remand be extended by 30 days, from May 13, 2019, to June 12, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion. Defendant respectfully requests this additional time because Defendant's counsel has multiple district court briefs and one Ninth Circuit brief due within the next three weeks and will be out of the office for eight days. Counsel for Defendant has conferred with counsel for Plaintiff, who consents to

the request. The parties further stipulate that all subsequent dates in the Court's Scheduling Order shall be modified accordingly.

Counsel for Defendant apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this delay.

Respectfully submitted,

Dated: May 9, 2019  /s/ Shellie Lott
(*as authorized via email on May 9, 2019)
SHELLIE LOTT
Attorney for Plaintiff

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Carol S. Clark
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Approved.

IT IS SO ORDERED.

Dated:  May 14, 2019  _____
UNITED STATES MAGISTRATE JUDGE