UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE GREGG,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:18-cv-01106-JDP<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>ECF No. 26 |

Pursuant to the stipulation of the parties, it is hereby ordered that attorney fees, in the amount of four thousand fifty-seven dollars and ninety-six cents ($4,057.96), be awarded to plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   November 13, 2019                     /s/ Jeremy Peterson
                                                            UNITED STATES MAGISTRATE JUDGE

No. 205.

1